PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
APR 25 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Uriah Daniel Sandstrom**

**Docket No. 0:00CR00329-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Uriah Daniel Sandstrom** who was sentenced for Felon in Possession of Firearms and Ammunition on May 21, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On April 4, 2006, the defendant appeared in Dakota County District Court and pled guilty to Possession of Burglary Tools. The defendant was placed on probation for 2 years and ordered to pay a fine of $300.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 25th day of April, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer

Executed on April 24, 2006
Place St. Paul

c: United States Sentencing Commission

SCANNED
APR 25 2006
U.S. DISTRICT COURT MPLS