Prob 49

RECEIVED
APR 25 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Uriah Daniel Sandstrom

Docket No. 0:00CR00329-001

## HEARING WAIVER

I, Uriah Daniel Sandstrom, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: ______________________ Witness: ______________________

Uriah Daniel Sandstrom
Supervised Releasee

Dated: April 21, 2006

SCANNED
APR 25 2006
U.S. DISTRICT COURT MPLS